UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: STATE OF MISSOURI vs. UNITED STATES EPA et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1719 for the following party(s): (please specify)

Associated Electric Cooperative, Inc.

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ✔ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Andrea Butler  s/:

Firm Name: Bryan Cave Leighton Paisner LLP

Business Address: 211 North Broadway, Suite 3600

City/State/Zip: St. Louis, MO 63102

Telephone Number (Area Code): 314-259-2000

Email Address: andrea.butler@bclplaw.com

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 5/17/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: