No: 23-1719

State of Missouri

Petitioner

Associated Electric Cooperative

Intervenor

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)

---

**ORDER**

Respondents' motion to dismiss or transfer is denied. Petitioner's motion to stay is granted.

May 26, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans