# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1719

State of Missouri

Petitioner

Associated Electric Cooperative

Intervenor

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)

---

**ORDER**

The stay of proceedings previously granted in this case is vacated. The following briefing schedule is established: Administrative Record due 06/26/2023. Brief of State of Missouri due 07/10/2023. Appendix due on 07/10/2023. Intervenor brief due 07/10/2023.

May 26, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans