

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF MISSOURI,
Petitioner,

v.    **23-1719**

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.
Respondents.

## PETITION FOR REVIEW

**ANDREW T. BAILEY**
ATTORNEY GENERAL
Joshua M. Divine, #69875
*Solicitor General*
Samuel C. Freedlund, #73707
*Assistant Attorney General*
*Attorneys for Petitioners*

Office of the Attorney General
815 Olive St.
Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

1

Appellate Case: 23-1719    Page: 1    Date Filed: 04/13/2023 Entry ID: 5265074

Pursuant to Clean Air Act Section 307(b)(1), 42 U.S.C. 7607(b)(1), the Administrative Procedure Act, 5 U.S.C. 702, and Federal Rule of Appellate Procedure 15(a), Petitioner the State of Missouri hereby petitions this Court for review of the Respondents United States Environmental Protection Agency ("EPA") and Administrator Michael S. Regan's disapproval of Missouri's State Implementation Plan, included as part of the final rule of EPA titled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards," published in the Federal Register at 88 Fed. Reg. 9,336 (February 13, 2023). *See* Fed. R. App. P. 15(a)(2)(C) (a petition for review may challenge only part of a final rule). A copy of EPA's final rule is attached to this Petition as Exhibit 1.

This Court has jurisdiction, and is the proper venue for this action, under 42 U.S.C. 7607(b)(1) because Petitioners are seeking review of only the portions of the final rule disapproving Missouri's State Implementation Plan, which is a "locally or regionally applicable" action not "based on a determination of nationwide scope or effect." 42 U.S.C. 7607(b)(1). *See Nat'l Parks Conservation Ass'n v. McCarthy*, 816 F.3d 989, 993 (8th Cir. 2016) ("EPA's action in approving or promulgating any

implementation plan is the prototypical locally or regionally applicable action that may be challenged only in the appropriate regional court of appeals.") (internal quotation marks omitted). This Petition for Review is timely filed within sixty days of the date of publication in the Federal Register. 42 U.S.C. 7607(b)(1).

Dated: April 13, 2023

Respectfully submitted,

ANDREW T. BAILEY
Attorney General

Joshua M. Divine
Solicitor General

*/s/ Samuel C. Freedlund*
Joshua M. Divine
*Solicitor General*
Samuel C. Freedlund
*Assistant Attorney General*
Office of the Attorney General
815 Olive St.
Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

*Attorneys for Petitioner.*

3

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further hereby certify that I caused a true and correct copy of the foregoing to be served on April 13, 2023, by United States first-class mail on the following:

Michael S. Regan, Administrator
United States Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Office of General Counsel
United States Environmental Protection Agency
Mail Code 2310A
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Todd Kim
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Samuel C. Freedlund