# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1719

State of Missouri

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

No: 23-1751

Union Electric Company, doing business as Ameren Missouri

Petitioner

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)

---

## ORDER

Respondents' motion to file an overlength, consolidated response to the pending motions to dismiss is granted, and the respondents' response should not exceed 8,000 words. Petitioners are granted permission to file replies which do not exceed 3,000 words.

May 03, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans